

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

August 12, 2022

*Via ECF*

The Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 1007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/16/2022
```

Re:  **M.H-Z. v. N.Y.C. Dep't of Educ.**, Case No. 22 CV 3479 (MKV)

Dear Judge Vyskocil:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendant New York City Department of Education in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request adjournment of the initial pretrial conference in this action to the week of September 12, 2022, or sometime thereafter that is convenient for the Court.

      The initial pretrial conference in this action is presently scheduled for August 23, 2022, at 11:30 AM. Due to a previously scheduled family vacation in the latter half of August and early September, I will neither be available on that day nor in the City of New York. The requested extension will thus accommodate this vacation.

      This is the Defendant's first request for the adjournment of the initial pretrial conference. As noted, Plaintiffs' counsel has graciously consented to this request.

I thank the Court for its consideration of this request.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
William DeVinney, Esq.
BrigliaHundley
1921 Gallows Road
Ste 750
Tysons, VA 22182
*Counsel for Plaintiffs*

---

**The parties' request to adjourn the August 23, 2022 initial pretrial conference is DENIED. This conference was scheduled five weeks ago. In the Court's order scheduling the initial pretrial conference, the Court admonished the parties that any requests for an extension of any deadline contained therein must be received at least 72 hours before the deadline. The parties' materials for the conference are due today. The parties' request is therefore untimely. SO ORDERED.**

Date: 8/16/2022
New York, New York

Mary Kay Vyskocil
United States District Judge